FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 MAR 23 PM 2:21

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3123 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| LUIS FLORES-DOMINGUEZ, | ) | |
| ROSA ADELIA-MARTINEZ, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 23rd day of March, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On January 9, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)., based upon the Defendants' pleas of guilty to Counts I, II and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $3,542.00 in United States currency and a 12 gauge double barrel shotgun, no serial number, were forfeited to the United States.

2. On January 25, February 1 and 8, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on February 23, 2007 (Filing No. 53).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the subject properties, i.e.,$3,542.00 in United States currency and a 12 gauge double barrel shotgun, no serial number, held by any person or entity, are hereby forever barred and foreclosed.

C. The subject properties, i.e.,$3,542.00 in United States currency and a 12 gauge double barrel shotgun, no serial number, be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 23rd day of March, 2007.

BY THE COURT:

RICHARD G. KOPF, JUDGE
United States District Court